**LAW OFFICE OF GREGORY PEACOCK**
Gregory Peacock, Esq. (SBN. 277669)
4425 Jamboree Road, Suite 130
Newport Beach, CA 92660
Telephone: (949) 292-7478
Email: gregorypeacockesq@gmail.com

CHRISTOPHER J. MCCANN (SBN 212961)
**LAW OFFICES OF CHRISTOPHER J. MCCANN, APC**
1633 E. 4th St., Ste. 248
Santa Ana, CA 92701
Telephone: (949) 596-0060
Facsimile: (949) 474-0306
Email: chris@cjmdefense.com

Attorneys for Plaintiff MICHAEL MERZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MERZ, | ) Case No. 8:21-cv-00105-CJC-KES |
| Plaintiff, | ) |
| | ) STIPULATION TO DISMISS ACTION |
| vs. | ) WITH PREJUDICE |
| | ) |
| CITY OF HUNTINGTON BEACH; | ) |
| GRANT HASSELBACH; and DOES 1 | ) |
| through 10, inclusive, | ) |
| Defendants. | ) |

/ / /

/ / /

/ / /

/ / /

STIPULATION TO DISMISS ACTION WITH PREJUDICE
1

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that the above-captioned action be and hereby is dismissed, with prejudice, with all parties to bear their own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO STIPULATED


Dated: January 11, 2022          **LAW OFFICE OF GREGORY PEACOCK**


                                 By: */S/ Gregory Peacock*_____
                                 Gregory Peacock, Esq.
                                 Lawyer for Plaintiff

Dated:  January 11, 2022         **CITY ATTORNEY'S OFFICE**



                                 By:*/S/ Ryan Lumm*_____
                                     RYAN LUMM
                                     Attorney for Defendants CITY OF HUNTINGTON
                                     BEACH and GRANT HASSELBACH




        Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


                                          /s/ Gregory Peacock_____
                                          Gregory Peacock



STIPULATION TO DISMISS ACTION WITH PREJUDICE
2